# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BYRON M. STORY, | : |
|    Plaintiff, | : |
| vs. | CA 06-0224-C |
| | : |
| MILTON H. PURDY, et al., | |
| | : |
|    Defendants. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case be **TRANSFERRED** to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 1406(a). It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the Rule 11 motion for sanctions, as amended, filed by defendants Milton H. Purdy and Kilhara Corporation, Inc. (Docs. 29 & 32) be and the same hereby is **DENIED** and **STRICKEN** from the record.

     **DONE** this the 15th day of August, 2006.

            s/WILLIAM E. CASSADY
            **UNITED STATES MAGISTRATE JUDGE**